IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IIN RE: | : | CHAPTER 13 |
| John Juliano | | |
| Dana Juliano | | |
| | | |
| DEBTOR | : | BKY. NO.   14-17132MDC |
| | | |
| John Juliano | | |
| Dana Juliano | | |
| v. | : | ADV. NO.   14-00418MDC |
| WELLS FARGO BANK, NA, d/b/a | | |
| Wells Fargo Servicing Center | : | |

**MOTION FOR A DEFAULT JUDGMENT**

1.   Debtor commenced the adversary action by complaint on September 19, 2014.  **Exhibit "A".**

2.   The complaint and summons were served on September 22, 2014. **Exhibit "B".**

3.   No answer was filed by October 22, 2014.

4.   The complaint contains facts which support a finding that the second mortgage to defendant Wells Fargo is wholly unsecured.

   WHEREFORE, Debtor prays that this Honorable Court find the mortgage debt to be wholly unsecured.

                                        Respectfully submitted,


Date:   October 23, 2014          _____s/_____
                                        Michael A. Cataldo, Esquire
                                        **Cibik & Cataldo**
                                        1500 Walnut Street, Ste. 900
                                        Philadelphia, PA   19102
                                        Phone:   215-735-1060