IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>John Juliano<br>Dana Juliano | : | CHAPTER 13 |
| DEBTOR | : | BKY. NO.   14-17132MDC |
| John Juliano<br>Dana Juliano<br>v.<br>WELLS FARGO BANK, NA, d/b/a<br>Wells Fargo Servicing Center | :<br><br>:<br><br>: | ADV. NO.   14-00418MDC |

## ORDER

AND NOW, this 4th day of December, 2014 upon consideration of Debtor's Motion for a Default Judgment upon complaint to determine secured status

It is hereby Ordered that the motion is Granted. The court finds the debt to defendant to be wholly unsecured pursuant to 11 U.S.C. §506 and In Re: McDonald.

~~Upon chapter 13 discharge the defendant lien holder shall mark the lien satisfied.~~

By the Court:

_Magdeline D. C_____

Hon. Magdeline D. Coleman
U.S. Bankruptcy Judge

cc:   Michael A. Cataldo, Esquire
1500 Walnut Street, Ste. 900
Philadelphia PA 19102

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

Wells Fargo Bank
John G. Stumph, CEO
420 Montgomery Street
San Francisco, CA 94104